**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT D. TAYLOR,**

    **Plaintiff(s),**

v.                                **CASE NO:  8:08-CV-774-T-30MAP**

**WALTER McNEIL, Secretary,**
**Florida Department of Corrections, et al.,**

    **Defendant(s).**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #72). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE and ORDERED** in Tampa, Florida on November 28, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal (Re: DC #261526)

F:\Docs\2008\08-cv-774 dismissal 72.docx